IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

HARVEY SIMS, ADC # 156722; and
JEROME KNOWLES, ADC #136334    PLAINTIFFS

v.    No. 5:14-cv-257-DPM-JTK

W. C. "DUB" BRASSELL DETENTION
CENTER; TURPENTINE, Nurse, W. C. "Dub"
Brassell Detention Center; and ROSE, Nurse,
W. C. "Dub" Brassell Detention Center, ADC    DEFENDANTS

ORDER

Unopposed Recommendation, № 7, adopted. The Detention Center is dismissed as a party. Knowles has not responded to the Court's 7 July 2014 Order, № 3, to pay the $400 filing fee or to file an application to proceed *in forma pauperis*. Because the time to do so has passed, Knowles's claims are dismissed without prejudice for failure to prosecute. Local Rule 5.5(c)(2).

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

17 September 2014