IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

HARVEY SIMS, ADC # 156722; and
JEROME KNOWLES, ADC #136334                                    PLAINTIFFS

v.                          No. 5:14-cv-257-DPM

W. C. "DUB" BRASSELL DETENTION
CENTER; TURPENTINE, Nurse, W. C. "Dub"
Brassell Detention Center; and ROSE, Nurse,
W. C. "Dub" Brassell Detention Center, ADC                     DEFENDANTS

## JUDGMENT

Complaint dismissed without prejudice.

*[signature]*
D.P. Marshall Jr.
United States District Judge

17 September 2014