IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**HARVEY SIMS**
**ADC #156722**                                                                                      **PLAINTIFF**

v.                              No. 5:14-cv-257-DPM-JTK

**CHRISTINE TURNTINE, Nurse, W. C. "Dub" Brassell**
**Detention Center, and CORNELIA RHODES, Nurse,**
**W. C. "Dub" Brassell Detention Center, ADC**                      **DEFENDANTS**

### ORDER

**1.** The Court made a mistake in entering the 17 September 2014 Judgment, № 21. It is vacated.

**2.** The Court warned Sims on 13 May 2015, № 35, that if he did not respond to Defendants' motion within ten days, the Court would dismiss his complaint without prejudice. Sims has not responded, and the time to do so has passed. Sims's complaint is therefore dismissed without prejudice for failure to prosecute. LOCAL RULE 5.5(c)(2).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

25 June 2015