IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

HARVEY SIMS, ADC #156722, and
JEROME KNOWLES, ADC #136334                                PLAINTIFFS

v.                          No. 5:14-cv-257-DPM

W.C. "DUB" BRASSELL DETENTION CENTER;
CHRISTINE TURNTINE, Nurse, W. C. "Dub" Brassell
Detention Center; and CORNELIA RHODES, Nurse,
W. C. "Dub" Brassell Detention Center, ADC               DEFENDANTS

JUDGMENT

The complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

25 June 2015